IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-2788-N |
| | § | |
| JAMES K. CONZELMAN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

After conducting a review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendations of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings, Conclusions, and Recommendations of the Magistrate Judge are correct, and they are hereby accepted as the findings of the Court. The Motion to Dismiss, Motion to Dismiss/Lack of Jurisdiction filed by Lionel C. Johnson [10] is denied.

SIGNED October 10, 2013

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE