**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § § § | |
| Plaintiff, | § | Case No. 3:11-CV-2788 |
| v. | § § § | |
| JAMES K. CONZELMAN AND LIONEL C. JOHNSON, | § § § | |
| Defendants. | | |

**AGREED STIPULATION EXTENDING MEDIATION DEADLINE**

Plaintiff Ralph S. Janvey, in his capacity as Court-Appointed Receiver, and Defendants James K. Conzelman and Lionel C. Johnson hereby stipulate and agree as follows:

The deadline for mediation as reflected in paragraph 3(a) of the Scheduling Order entered by this Court on October 29, 2013 [Doc. 21] is extended to August 18, 2014.

Dated:  August 15, 2014                    Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: */s/ Kevin M. Sadler*_____
    Kevin M. Sadler
    Texas Bar No. 17512450
    kevin.sadler@bakerbotts.com
    Scott D. Powers
    Texas Bar No. 24027746
    scott.powers@bakerbotts.com
    Stephanie F. Cagniart
    Texas Bar No. 24079786
    stephanie.cagniart@bakerbotts.com
    98 San Jacinto Blvd., Suite 1500
    Austin, Texas 78701-4078
    Tel: 512.322.2500
    Fax: 512.322.2501

**Attorneys for Receiver Ralph S. Janvey**

**THE TAYLOR LAW OFFICES, P.C.**

By: */s/ Thomas L. Taylor*_____
    Thomas L. Taylor, III
    Texas Bar No. 19733799
    taylor@tltaylorlaw.com
    Andrew M. Goforth
    Texas Bar No. 24076405
    goforth@tltaylorlaw.com
    4550 Post Oak Place Drive, Suite 241
    Houston, Texas 77027
    Tel: 713.626.5300
    Fax: 713.402.6154

**Attorneys for Defendant James K. Conzelman**

By: */s/ Karl G. Blanke*
    Karl G. Blanke
    Admitted pro hac vice
    Virginia Bar No. 74691
    karl.blanke@blankelaw.com
    The Law Office of Karl G. Blanke, PLLC
    4023 Chain Bridge Road, Suite 5
    Fairfax, Virginia 22030
    Tel: 703.677.8006
    Fax: 703.890.1493

    Colby C. Vokey
    Texas Bar No. 24043391
    cvokey@fhsulaw.com
    Fitzpatrick Hagood Smith & Uhl LLP
    2515 McKinney Avenue, Suite 1400
    Dallas, Texas 75201
    Tel: 214.237.0900
    Fax: 214.237.0901

**Attorneys for Defendant Lionel C. Johnson**

## **CERTIFICATE OF SERVICE**

On August 15, 2014, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I will serve all counsel of record electronically or by other means authorized by the Court or the Federal Rules of Civil Procedure.

*/s/Kevin M. Sadler*
Kevin M. Sadler